# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EVAN E. COOPER

VERSUS

JAMES PATRICK FLEMING, IV,
HELEN FLEMING, XYZ INSURANCE
COMPANY, ABC INSURANCE
COMPANY AND UNITED SERVICES
AUTOMOBILE ASSOCIATION

NO.  2024 CW 0093

**APRIL 4, 2024**

---

In Re:   James Patrick Fleming, IV, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 704110.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

> **JEW**
> **EW**
> **TPS**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT